EMMONS CATERING CORP., Appellant, v. FREDERICK W. I. LUNDY, Respondent.— In an action by plaintiff (tenant) to recover $15,000 deposited with defendant (landlord) as security for the faithful performance of the terms and conditions of a lease of defendant's restaurant in Brooklyn, plaintiff appeals from an order of the Supreme Court, Kings County, dated December 7, 1960, which: (1) denied its motion to preclude defendant, by reason of his failure to serve a bill of particulars in accordance with its demand, from offering proof upon the trial with respect to the items specified in the demand; and (2) granted defendant's cross motion to be relieved of his default and extended his time to serve said bill. Order affirmed, with $10 costs and disbursements. No opinion. Defendant's time to serve the bill of particulars is further extended until 15 days after entry of the order hereon. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

DENNIS GILLIGAN, an Infant, by His Guardian ad Litem, WILLIAM A. GILLIGAN, et al., Appellants, v. GLADYS LEVEN, Respondent.— In a negligence action by an infant plaintiff to recover damages for personal injuries caused by a collision between a bicycle he was riding and defendant's automobile, and by the infant's father to recover damages for medical expenses and loss of services, the plaintiffs appeal from a judgment of the Supreme Court, Westchester County, entered March 5, 1959, dismissing the complaint upon the jury's verdict in favor of the defendant, after trial. Judgment affirmed, with costs. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

DANIEL GREENE, an Infant, by His Guardian ad Litem, VERONICA GREENE, et al., Respondents, v. CHARLES SWANSON, SR., Individually and as a Partner of CHARLES SWANSON & SON, Appellant, et al., Defendants.— In an action to recover damages for personal injuries, medical expenses and loss of services, defendant Swanson appeals from an order of the Supreme Court, Kings County, dated November 22, 1960, which denied his motion to dismiss each cause of action in the complaint, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, and for judgment on the pleadings as to each cause, pursuant to rule 112 of said rules, and for other relief. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.